UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT WINDES | CIVIL ACTION |
| VERSUS | NO. 16-4871 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "R" (5) |

# ORDER AND REASONS

The Court has reviewed *de novo* the complaint,[1] plaintiff's motion for summary judgment,[2] defendant's cross-motion for summary judgment,[3] the record, the applicable law, the Magistrate Judge's Report and Recommendation,[4] and plaintiff's objections.[5] The Magistrate Judge's recommended ruling is correct, and plaintiff's objections were fully addressed by the Report and Recommendation or are otherwise without merit.[6] Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion herein.

---

[1] R. Doc. 1.
[2] R. Doc. 13.
[3] R. Doc. 14.
[4] R. Doc. 15.
[5] R. Doc. 16.
[6] R. Doc. 15. Plaintiff objects to the Report and Recommendation's discussion of plaintiff's omission of deep vein thrombosis as a disabling condition on his original application and plaintiff's failure to ask the vocational expert about exertional limitations resulting from deep vein thrombosis. *See* R. Doc. 16-1 at 10-14. But the Magistrate Judge did not base his recommendation on a finder of waiver. The Magistrate Judge

IT IS ORDERED that defendant's cross-motion for summary judgment is GRANTED. Plaintiff's motion for summary judgment is DENIED and plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __31st__ day of August, 2017.

_____*Sarah Vance*_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

correctly concluded that substantial evidence in the medical record supports the Administrative Law Judge's finding that plaintiff's deep vein thrombosis does not cause him any functional limitations.